Clifford S. Davidson, SBN 246119
cdavidson@sussmanshank.com
David D. VanSpeybroeck (*pro hac vice*)
dvanspeybroeck@sussmanshank.com
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR  97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130

Attorneys for First Financial Security, Inc.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FIRST FINANCIAL SECURITY, INC., a Delaware corporation,<br><br>    Plaintiff and Counterclaim-defendant,<br><br>    v.<br><br>FREEDOM EQUITY GROUP, LLC, a California limited liability company,<br><br>    Defendant and Counterclaimant. | Case No.  C 15-1893-HRL<br><br>JOINT PRETRIAL STATEMENT<br><br>Pretrial Conference: Nov. 17, 2016 |

Plaintiff First Financial Security, Inc. ("FFS") and Defendant Freedom Equity Group, LLC ("FEG") submit the following joint Pretrial Statement after conferring in person on October 28, 2016.

1.   PROPOSED TRIAL DATES.

The week of March 6, 2017, the week of March 13, 2017 and the week of April 10, 2017.

2.   SUBSTANCE OF THE ACTION.

This lawsuit involves two companies.  One is called First Financial Security, Inc., or FFS.  The other is Freedom Equity Group, LLC, or FEG.  Both companies sell life insurance policies through sales teams of independent contractors licensed to sell

1  insurance.

2  A large team of such contractors at FFS was led by Gilles Moua, who is assisted
3  by Mai Lee. They are not parties to this lawsuit.

4  Beginning on May 10, 2014 and continuing throughout the summer of 2014,
5  Moua, Lee and approximately 1,400 licensed members of their team left FFS and
6  enrolled as independent contractors at FEG.

7  FFS alleges that FEG intentionally encouraged Moua and Lee to recruit their team
8  to join them at FEG – in violation of the sales contractor agreements they had with FFS.

9  FFS also alleges that FEG was aware of the sales contractor agreements that
10  prohibited recruitment.

11  FFS alleges that the loss of approximately 1,400 licensed members of Moua and
12  Lee's team caused FFS damages, and continues to cause FFS damages, in the form of lost
13  profits.

14  FEG denies that FEG solicited, recruited, or induced any FFS agents, including
15  Gilles Moua, to leave FFS, and denies that it caused any damages to FFS.

16

17  3.  **STIPULATIONS, AGREED STATEMENT AND UNDISPUTED FACTS**.
18  None at this time.

19

20  4.  **DISPUTED FACTUAL ISSUES**.
21  Whether FEG encouraged Moua and Lee to leave FFS.
22  Whether FEG encouraged Moua and Lee to solicit other contractors in their team
23  to join FEG.
24  Whether FEG caused FFS damage.
25  Whether FEG supplied materials for Gilles Moua and Mai Lee to use for
26  recruiting their team.
27  / / /
28  / / /

5. DISPUTED LEGAL ISSUES.

No disputes of law.

6. DEPOSITION EXCERPTS AND DISCOVERY RESPONSES.

Plaintiff:

None, other than to use against party-affiliated witnesses or for impeachment.

Defendant:

None, other than to use against party-affiliated witnesses or for impeachment.

7. WITNESSES TO BE CALLED.

Plaintiff:

Intends to call:

a) **Meg Jones**.  Ms. Jones will testify regarding the structure and operations of FFS and its sales force, the history of Moua and Lee and FFS and of their team, Moua and Lee's departure from FFS, the resignation of other members of Moua and Lee's team and the damages FFS has suffered as a result of the departure of Moua and Lee and approximately 1,400 members of their team.

b) **Souksakhone "Bea" Khammanivong**.  Ms. Khammanivong will testify concerning the meeting she attended at Moua's house on May 10, 2014, being pressured into signing up with FEG, and Moua and Lee's recruitment efforts that day and during the run-up thereto.

c) **Saveng Vongkhamsene**.  Mr. Vongkhamsene will testify concerning the meeting he attended at Moua's house on May 10, 2014, being pressured into signing up with FEG, and Moua and Lee's recruitment efforts that day and during the run-up thereto.

d) **Nathan Caine**.  Mr. Caine will testify concerning the commission structure at FFS, financial data concerning Moua and Lee's team, chargebacks FFS has incurred as a result of lapsed or withdrawn policies written by Moua's team, data concerning resignations by Moua and Lee's team, and financial materials prepared for FFS' expert

1  witness.

2      e) **Arthur Cobb**. Mr. Cobb is FFS' retained expert. He will testify concerning the lost profits FFS has suffered, and will suffer in the future, as a result of the departure of Moua and Lee's team and that team's rewriting of life insurance policies through FEG.

6      f) **Phil Gerlicher**. Mr. Gerlicher will testify concerning communications between him and Mr. Moua, and the events of May 10, 2014.

8      g) **Mike Jones** (adverse witness). Mr. Jones will be questioned concerning his role, on behalf of FEG, in encouraging Moua and Lee to terminate their contracts with FFS and induce other FFS contractors to follow them to FEG.

Might call:

    h) **Ron Bloomingkemper** (adverse witness). Mr. Bloomingkemper will be questioned concerning his role, on behalf of FEG, in encouraging Moua and Lee to terminate their contracts with FFS and induce other FFS contractors to follow them to FEG.

Defendant:

Witnesses Defendant Intends to Call

William St. Clair --  Will testify as to the initial introduction to Gilles Moua and Mai Lee; Moua downline agents coming to FEG; FEG operations; ongoing dispute with FSS.

Ron Bloomingkemper --  Will testify as to the initial introduction to Gilles Moua and Mai Lee; Moua downline agents coming to FEG; FEG operations; ongoing dispute with FSS.

Ron Petrinovich --  Will testify as to the initial introduction to Gilles Moua and Mai Lee; Moua downline agents coming to FEG; FEG operations; ongoing dispute with FSS.

Michale Jones --  Will testify as to the initial introduction to Gilles Moua and Mai Lee; Moua downline agents coming to FEG; FEG operations; ongoing dispute with FSS.

Jeffrey Wordell – Will testify as to FEG computer software and maintenance of agent records.

1  Gilles Moua -- Will testify as to Moua reasons for leaving FFS; the initial introduction to FEG
2  and other companies; the events and circumstances of Moua downline agents coming to FEG;
3  FEG operations; ongoing dispute with FSS.
4  Mai Lee -- Will testify as to Moua reasons for leaving FFS; the initial introduction to FEG and
5  other companies; the events and circumstances of Moua downline agents coming to FEG; FEG
6  operations; ongoing dispute with FSS.
7  Nonei Vorasane -- Will testify as to the events and circumstances of Moua downline agents
8  coming to FEG; FEG operations; ongoing dispute with FSS.
9  Michael Jones – Expert Witness – Will testify as to operations and procedures of insurance
10 companies and damages.
11
12 Witnesses Defendant May Call
13 Phil Gerlicher -- Will testify as to Moua reasons for leaving FFS; the initial introduction to FEG
14 and other companies; the events and circumstances of Moua downline agents coming to FEG;
15 FEG operations; ongoing dispute with FSS.
16 Meg Jones -- Will testify as to Moua reasons for leaving FFS; the initial introduction to FEG and
17 other companies; the events and circumstances of Moua downline agents coming to FEG; FEG
18 operations; ongoing dispute with FSS.
19 Michael Hardin -- Will testify as to Moua reasons for leaving FFS; the events and circumstances
20 of Moua downline agents coming to FEG; FEG operations; ongoing dispute with FSS.
21 Thai Thao -- Will testify as to Moua reasons for leaving FFS.
22 Andre Moua -- Will testify as to Moua reasons for leaving FFS; the initial introduction to FEG
23 and other companies; the events and circumstances of Moua downline agents coming to FEG;
24 FEG operations; ongoing dispute with FSS.
25
26
27        8.    EXHIBITS.
28 Plaintiff:

| Ex. | Description | Witness |
|---|---|---|
| 1 | FFS independent contractor agreement signed by Gilles Moua. | Meg Jones |
| 2 | FFS independent contractor agreement signed by Mai Lee. | Meg Jones |
| 3 | Certain "Certifications of Non-solicitation" submitted to FFS on May 10, 2014 by resigning members of Moua and Lee's team. | Meg Jones |
| 4 | Additional "Certifications of Non-Solicitation," along with cover emails, submitted to FFS on May 10, 2014 by resigning members of Moua and Lee's team. | Meg Jones |
| 5 | Gilles Moua resignation letter to "All." | Meg Jones |
| 6 | Sample letter to resigning FFS contractors informing them that they have breached contract. | Meg Jones |
| 7 | List of resignations received by FFS as of 6:59 p.m. Eastern on May 10, 2014. | Meg Jones |
| 8 | Graph depicting comparison of resignation requests for 12 months prior to May 20, 2014. | Meg Jones, Nathan Caine |
| 9 | May 23, 2013 email from Gilles Moua to Phil Gerlicher and others regarding FEG | Phil Gerlicher |
| 10 | November 19, 2013 email from Gilles Moua to Phil Gerlicher thanking him for his friendship and leadership. | Phil Gerlicher |

JOINT PRETRIAL STATEMENT
Case No. C 15-1893-HRL

| Ex. | Description | Witness |
|---|---|---|
| 11 | May 5, 2014 email from Gilles Moua to Phil Gerlicher ("Thank you for all you do!") | Phil Gerlicher |
| 12 | May 8, 2014 email from Phil Gerlicher to Gilles Moua requesting meeting re "next chapter" of relationship with FFS. | Phil Gerlicher |
| 13 | May 10, 2014 resignation email from Gilles Moua to Phil and Debbie Gerlicher. | Phil Gerlicher |
| 14 | May 10, 2014 email thread containing Moua's resignation email and FFS' immediate reaction to it. | Phil Gerlicher |
| 15 | Email thread concerning the promotion of FFS contractor Thai Thao to the same compensation level as Gilles Moua. | Phil Gerlicher. |
| 16 | Further correspondence regarding promotion of Thai Thao. | Phil Gerlicher |
| 17 | Non-solicitation form of Bea Khammanivong. | Souksakhone "Bea" Khammanivong |
| 18 | May 13, 2014 email from Bea Khammanivong to FFS providing account of May 10, 2014 meeting at Moua's house. | Souksakhone "Bea" Khammanivong |
| 19 | Additional May 13, 2014 email from Bea Khammanivong to FFS providing account of May 10, 2014 meeting at Moua's house. | Souksakhone "Bea" Khammanivong |
| 20 | Text message received on May 10, 2014 by Saveng Vongkhamsene from one of Moua's lieutenants. | Saveng Vongkhamsene |

-7-
JOINT PRETRIAL STATEMENT
Case No. C 15-1893-HRL

| Ex. | Description | Witness |
|---|---|---|
| 21 | Saveng Vongkhamsene "Certification of Non-Solicitation." | Saveng Vongkhamsene |
| 22 | ANICO "Advances," showing how commissions from ANICO are paid to contractors. | Nathan Caine, Arthur Cobb |
| 23 | Document regarding payment of commissions based on sales of annuities through National Life Group (NLG). | Nathan Caine, Arthur Cobb |
| 24 | National Life Group "Advances," showing how commissions from NLG are paid to contractors. | Nathan Caine, Arthur Cobb |
| 25 | Chart showing distribution of commissions among team members. | Nathan Caine, Arthur Cobb |
| 26 | Expert report of Cobb & Associates, Ltd. | Arthur Cobb |
| 27 | 2015 EY US life-annuity insurance outlook, relied upon in forming expert opinion | Arthur Cobb |
| 28 | American National Life Insurance Company (ANICO) compensation schedule, relied upon in forming expert opinion. | Arthur Cobb, Nathan Caine |
| 29 | ANICO commission schedule, relied upon in forming expert opinion. | Arthur Cobb, Nathan Caine |
| 30 | Document describing FFS compensation structure, relied upon in forming expert opinion. | Arthur Cobb, Nathan Caine |

JOINT PRETRIAL STATEMENT
Case No. C 15-1893-HRL

| Ex. | Description | Witness |
|---|---|---|
| 31 | Deloitte 2015 Life Insurance and Annuity Industry Outlook, relied upon in forming expert opinion. | Arthur Cobb |
| 32 | Annual Report on the Insurance Industry, June 2013, relied upon in forming expert opinion | Arthur Cobb |
| 33 | Life Insurance Company of the Southwest (LSW) Modified Commission Products by State, relied upon in forming expert opinion | Arthur Cobb |
| 34 | Registration revenue and cost for FFS conventions, broken down by team, for 2012-2015, relied upon in forming expert opinion | Arthur Cobb, Nathan Caine |
| 35 | FFS commission payouts 2010-2014, relied upon in forming expert opinion | Arthur Cobb, Nathan Caine |
| 36 | FFS staff expenses, relied upon in forming expert opinion | Arthur Cobb, Nathan Caine |
| 37 | Commissions paid to the field (2010-2014), relied upon in forming expert opinion | Arthur Cobb, Nathan Caine |
| 38 | Total debt by year owed by Gilles Moua's team, relied upon in forming expert opinion | Arthur Cobb, Nathan Caine |
| 39 | Spreadsheet with summary of FFS resignations and commissions, as well as underlying data. (Native format, on CD.) | Arthur Cobb, Nathan Caine |

| Ex. | Description | Witness |
|---|---|---|
| 40 | "Cash Flow Report" spreadsheet pertaining to commissions paid to Gilles Moua team. (Native format, on CD.) | Arthur Cobb, Nathan Caine |
| 41 | Spreadsheet of National Life Group policies written by Moua team, showing surrender of policies. (Native format, on CD.) | Arthur Cobb, Nathan Caine |
| 42.01-42.10 | Spreadsheets showing amounts that would have been received by FFS, and paid to Moua's team, had Moua's team remained at FFS. (Native format, on CD.) | Arthur Cobb, Nathan Caine |

Defendant:

Defendants adopt and incorporate the list of Exhibits set forth by Plaintiff, immediately above, and hereby add the following additional Exhibits:

| Ex. | Description | Witness |
|---|---|---|
| 201 | Certification of Non Solicitation Forms | Plaintiff, Gilles Moua |
| 202 | FEG Agent Agreement - Generic | William St. Clair |
| 203 | FFS Cease and Desist, May 15, 2014 | William St. Clair |
| 204 | FEG Response to Cease and Desist, May 23, 2014 | William St. Clair |
| 205 | Gilles Moua Resignation from FSS | Plaintiff, Gilles Moua |
| 206 | Transcript of TRO Hearing, Minnesota, (Hardin) | Plaintiff, Gilles Moua |
| 207 | Attorney Letter and Declaration of Hardin correcting TRO Hearing Transcript | Plaintiff, Gilles Moua |

-10-
JOINT PRETRIAL STATEMENT
Case No. C 15-1893-HRL

| Ex. | Description | Witness |
|---|---|---|
| 208 | Moua Hierarchy of Agents with Join Date | Plaintiff, Jeffrey Wordell |

9. **RELIEF PRAYED**.

FFS prays for damages in the total amount of $4,620,000 as follows:

$ 325,000 in insurance carrier chargebacks

$ 6,200,000 in lost profits

$ 295,000 in convention fees

These numbers reflect the five-year damages projections of FFS' damages expert, Arthur Cobb, who will testify at trial on FFS' behalf.

FFS' damages will be presented through live testimony of Mr. Cobb, Nathan Caine, Meg Jones and possibly Phil Gerlicher.

FFS damages evidence also will be presented in the form of summary documents showing lost commissions and chargebacks that FFS has incurred. *See* Proposed Exhibit Nos. 34-42.

10. **ESTIMATE OF TRIAL TIME**.

Plaintiff: 20 hours of testimony, including cross-examination.

Defendant: 15.5 hours for witnesses defendant intends to call, 10 hours for witnesses defendant might call. Time estimates may be reduced depending on what facts are testified to during Plaintiff's case in chief, either on Direct or Cross-Examination.

11. **AMENDMENTS/DISMISSALS**.

None.

12. <u>SETTLEMENT DISCUSSION</u>.

Settlement negotiations continue, both between counsel and between the parties directly. Further negotiation likely will be productive.

13. <u>MISCELLANEOUS</u>.

A. The parties have stipulated that they will make certain witnesses available to be called as adverse witnesses, and that they have authority to bind such witnesses, without the need for subpoenas. Those witnesses are:

Meg Jones

Phil Gerlicher

Nathan Caine

Mike Jones

William St. Clair

Ron Petrinovich

Ron Bloomingkemper

B. Exhibits 39 and 42, which are internal FFS data concerning Gilles Moua's team, have been designated "Attorneys' Eyes Only," and Exhibits 40 and 41 was designated "Confidential." Exhibit 208 contains personal information concerning Gilles Moua's team. The parties will confer prior to the Final Pretrial Conference regarding redaction of designated portions of these exhibits and provide redacted versions with the final set of trial exhibits.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-12-

JOINT PRETRIAL STATEMENT
Case No. C 15-1893-HRL

Dated: November 3, 2016.

                      SUSSMAN SHANK LLP

                By  /s/ Clifford S. Davidson
                    Clifford S. Davidson (SBN 246119)
                    David D. VanSpeybroeck (*pro hac vice*)
                    Attorneys for Plaintiff FFS
                    Email: cdavidson@sussmanshank.com
                            dvanspeybroeck@sussmanshank.com

                SISCO AND NARAMORE

                By    /s/ Kenneth D. Sisco
                    Kenneth D. Sisco (SBN 69814)
                    Attorneys for Defendant FEG
                    Email: skendbiz@gmail.com

JOINT PRETRIAL STATEMENT
Case No. C 15-1893-HRL