E-filed 11/18/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| FIRST FINANCIAL SECURITY, INC., | Case No.15-cv-01893-HRL |
|---|---|
| Plaintiff, | **ORDER GRANTING MOTION IN LIMINE #1** |
| v. | |
| FREEDOM EQUITY GROUP, LLC, | Re: Dkt. No. 92 |
| Defendant. | |

The court hereby grants plaintiff First Financial Security, Inc.'s first motion in limine. As a consequence of defendant Freedom Equity Group, LLC's failure to make adequate disclosures under Federal Rule of Civil Procedure 26(a), the court limits defendant's proposed expert witness, Michael Jones, to testifying as a rebuttal witness on the subject of damages. Jones shall not testify as an expert regarding liability issues, but shall limit his expert testimony to the issues of damages discussed in his rebuttal expert report.

**IT IS SO ORDERED.**

Dated: 11/18/2016

HOWARD R. LLOYD
United States Magistrate Judge