**SEDGWICK LLP**
PAUL RIEHLE (State Bar No. 115199)
DENNIS MURPHY (State Bar No. 301008)
333 Bush Street, 30th Floor
San Francisco, CA 94104
Telephone: 415.781.7900
Facsimile: 415.781.2635
paul.riehle@sedgwicklaw.com
dennis.murphy@sedgwicklaw.com

**SISCO & NARAMORE**
KENNETH D. SISCO (State Bar No. 69814)
3574 Bluff Street
Norco, California 92860
Telephone: 714.265.7766
skendbiz@gmail.com

Attorneys for Defendant FREEDOM EQUITY GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FIRST FINANCIAL SECURITY, INC., a Delaware corporation,<br><br>Plaintiff,<br>v.<br><br>FREEDOM EQUITY GROUP, LLC, a California limited liability company,<br><br>Defendant. | Case No. 5:15-cv-01893-HRL<br><br>**DECLARATION OF PAUL RIEHLE IN SUPPORT OF DEFENDANT FREEDOM EQUITY GROUP, LLC'S MOTION FOR NEW TRIAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 59**<br><br>Date: June 20, 2017<br>Time: 10:00 a.m.<br>Ctrm: 2 – 5th Floor<br>Judge: The Honorable Howard R. Lloyd |

I, Paul Riehle, declare as follows:

1. I am an attorney admitted to practice before all of the Courts of the State of California, all of the District Courts in California, the Ninth Circuit Court of Appeals, and the United States Supreme Court. I am a partner with Sedgwick LLP, counsel for Defendant Freedom Equity Group, LLC ("FEG"). I submit this declaration in support of FEG's Motion for New Trial Pursuant to Federal Rules of Civil Procedure, Rule 59.

2. I have personal knowledge of the facts stated herein. If called upon to testify as a witness, I could and would competently testify to them.

3. I entered a Notice of Appearance (Dkt. No. 136) in this case for FEG on April 18, 2017, the date that this Court entered judgment.

4. Attached as **Exhibit 1** is a true and correct copy of Trial Exhibit 1, which is Plaintiff First Financial Security, Inc.'s ("Plaintiff") Sales Contractor Agreement.

5. Attached as **Exhibit 2** is a true and correct copy of Trial Exhibit 202, which is FEG's Agent Contract.

6. Attached as **Exhibit 3** are true and correct copies of excerpts from the Reporter's Transcript for the jury trial in this case that were cited in FEG's brief in support of FEG's Motion for New Trial Pursuant to Federal Rules of Civil Procedure, Rule 59.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of May 2017 in San Francisco, California.

                                                */s/ Paul Riehle*
                                                Paul Riehle