# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FIRST FINANCIAL SECURITY, INC.**, <br> Plaintiff, <br> vs. <br> **FREEDOM EQUITY GROUP, LLC**, <br> Defendant. | CASE NO. 5:15-CV-01893-HRL <br><br> **ORDER RE: MOTION TO VACATE JUDGMENT** <br><br> Re: Dkt. No. 189 |

In light of Magistrate Judge Howard R. Lloyd's recent retirement, defendant Freedom Equity Group, LLC's ("FEG") unopposed motion to vacate the judgment against it (Dkt. No. 189 ("Motion")) has been assigned to the undersigned, serving as the General Duty Judge on the date of filing. Having reviewed FEG's motion, the Court **ORDERS** as follows, to be completed by no later than **June 29, 2018**:

1. Given the undersigned's unfamiliarity with the above-captioned action, FEG shall file a supplemental brief providing the Court with the appropriate factual background necessary for resolving FEG's motion.

2. In light of Judge Lloyd's retirement, FEG shall file an updated proposed order which reflects that its motion is now before the undersigned. The proposed order must also specify any other action the Court should take at this juncture given the procedural posture of the case, including an indication as to the disposition of the case if the judgment is vacated (*i.e.*, whether it will be dismissed, and if so, when). FEG shall submit an editable version of the same to ygrPO@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: June 15, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**